# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **8:05MJ164  (D. Nebr.)** |
| | ) | **CR05-1136 (C.D. Cal.)** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **OMAR VILLODA,** | ) | |
| | ) | **Magistrate Judge Thalken** |
| **Defendant.** | ) | |

## RULE  5  ORDER

An Indictment having been filed in the Central District of California charging the above-named defendant with conspiracy to distribute and possess with intent to distribute controlled substances and conspiracy to launder monetary instruments, and  the defendant  having been arrested in the District of Nebraska,  proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.5.  The defendant had an initial appearance here in accordance with  Fed.R.Cr.P.5  and was informed of the provisions of Fed.R.Cr.P.20. Additionally, defendant

(X)     Was given an identity hearing and found to be the person named in the aforementioned charging document.

(X)     The government moved for detention.

(X)     Was given a detention hearing in this district.

Accordingly, it is ordered that the defendant is held to answer in the charging district.

(X)     Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the charging district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.5 having been completed.

IT IS SO ORDERED.

DATED in Omaha, Nebraska this 7th day of December, 2005.

s/ Thomas D. Thalken
U.S. Magistrate Judge

1